Filed 6/26/25  P. v. Petrungaro CA4/1
**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## COURT OF APPEAL, FOURTH APPELLATE DISTRICT

### DIVISION ONE

### STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D084556, D084558 |
| Plaintiff and Respondent, | |
| v. | (Super. Ct. Nos. SCN446291, SCN428244) |
| ANTHONY ALLEN PETRUNGARO, | |
| Defendant and Appellant. | |

APPEAL from judgments of the Superior Court of San Diego County, Daniel F. Link, Judge.  Affirmed.

Laura Arnold, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.

Anthony Allen Petrungaro appeals from his convictions in two cases. After we consolidated the matters, Petrungaro's appointed appellate counsel filed an opening brief raising no arguable issues pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).  Petrungaro did not file a supplemental brief on his own behalf.  Our independent review confirms there are no arguable issues on appeal.  We therefore affirm the convictions.

## FACTUAL AND PROCEDURAL BACKGROUND

On February 14, 2022, Petrungaro pleaded guilty to possessing a firearm as a felon (Pen. Code,[1] § 29800, subd. (a)(1)) in Superior Court case number SCN428244 (SCN 428244). On March 15, 2022, the trial court suspended imposition of Petrungaro's sentence and imposed two years of formal probation.

On August 3, 2023, Tina Moore called 911 to report Petrungaro attempting to get inside her motorhome. Petrungaro eventually tore the motorhome's door off its hinges and entered. According to Ms. Moore, she was still speaking to the 911 operator when Petrungaro took her phone and broke it over his knee.

John Moore, the owner of the property where Ms. Moore's motorhome was located, confronted Petrungaro.[2] Petrungaro punched Mr. Moore in the head twice, causing Mr. Moore to fall to the ground. Petrungaro then kicked Mr. Moore and stomped on his head. Mr. Moore suffered a laceration to his chin requiring five stitches, and his left eye was swollen shut causing him to miss a few days of work. Mr. Moore also reported losing consciousness during the attack and seeing black dots and color flashes in his left eye after the attack.

Christina Brown, Mr. Moore's girlfriend, intervened during the assault. Brown heard Petrungaro saying, " 'You're dead. You're dead,' " and accusing Mr. Moore of sleeping with Petrungaro's wife. Brown sprayed Petrungaro with pepper spray, and he left the property.

---

[1]     All undesignated section references are to the Penal Code.

[2]     Despite the same last name, Mr. Moore and Ms. Moore are not related.

Petrungaro drove away, ultimately crashing into two vehicles and escaping on foot because his car was inoperable. Petrungaro approached another vehicle, demanding that the driver get out and attempting to open a passenger's door. Unsuccessful, Petrungaro hid behind a Home Depot, where police officers arrested him. Petrungaro exhibited symptoms of being under the influence of a controlled substance, and a test of his blood revealed the presence of methamphetamine, amphetamine, and fentanyl.

Due to the August 3, 2023 incident, the San Diego District Attorney's Office charged Petrungaro with nine counts in Superior Court case number SCN446291 (SCN446291). Regarding Mr. Moore, the District Attorney's Office charged Petrungaro with assault by means likely to produce great bodily injury (§ 245, subd. (a)(4); count 1) and battery with serious bodily injury (§ 243, subd. (d); count 2), alleging that Petrungaro personally inflicted great bodily injury in both counts (§§ 12022.7, subd. (a); 1192.7, subd. (c)(8)). Prosecutors charged Petrungaro with making a criminal threat for his statements in front of Ms. Brown (§ 422; count 3), as well as attempting to dissuade a witness (§ 136.1, subd. (b)(1); count 4) and misdemeanor vandalism (§ 594, subds. (a), (b)(2)(A); count 5) for Petrungaro's actions with Ms. Moore and her motorhome. Finally, regarding his effort to commandeer a car while escaping from Mr. Moore's home, Petrungaro was charged with attempted carjacking (§§ 215, subd. (a), 664; count 6); driving under the influence of drugs (Veh. Code, § 23152, subd. (f); count 7); and two counts of hit and run driving (Veh. Code, § 20002, subd. (a); counts 8 & 9).

Based on his charges in case number SCN446291, the trial court revoked Petrungaro's probation in case number SCN428244.

At his 2024 trial in case number SCN446291, the jury found Petrungaro guilty of counts 1 and 5 through 9, finding that he personally

3

inflicted great bodily injury in count 1. The jury also found Petrungaro guilty of the lesser included offense of simple battery in count 2, and not guilty of counts 3 and 4.

In case number SCN446291, the trial court sentenced Petrungaro to 6 years and 10 months in prison.[3] In case number SCN428244, the trial court sentenced Petrungaro to a concurrent two years. Petrungaro filed notices of appeal in both cases, which we have consolidated.

Petrungaro's appointed appellate counsel filed an opening brief raising no issues and asking us to review the record for error under *Wende*. Both Petrungaro's counsel and this court informed him of his right to file a supplemental brief, but Petrungaro declined to do so.

## DISCUSSION

We have reviewed the entire records as required by *Wende*. We find no arguable issue that would result in a reversal or modification of the judgments. We therefore affirm the judgments in both cases. Competent counsel has represented Petrungaro on this appeal.

---

[3]    Petrungaro received three years for count 1, three years for the infliction of great bodily injury allegation, and 10 months for count 6. For the remaining counts, the trial court denied probation and sentenced Petrungaro to time served.

DISPOSITION

The judgments are affirmed.

RUBIN, J.

WE CONCUR:

O'ROURKE, Acting P. J.

BUCHANAN, J.